UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kristen Lesemann,                     Civ. No. 09-1377 (PAM/RLE)

    Plaintiff,

**ORDER TO REMAND**

vs.

Sam's West, Inc.,

    Defendant and Third-Party Plaintiff,

vs.

Dalbec Roofing, Inc.

    Third-Party Defendant

---

Pursuant to the Stipulation to Remand (Docket No. 18) entered into by the parties,

**IT IS HEREBY ORDERED** that:

1. The above-captioned action is hereby remanded to the Sixth Judicial District Court of the State of Minnesota, St. Louis County–Duluth.

2. The Amended Complaint, attached as Exhibit A, to the Stipulation to Remand shall be the operative complaint.

3. Sam's West Inc., and Dalbec Roofing, Inc., accepted service of the Amended Complaint and shall have 30 days from the filing of this Order to serve responsive pleadings.

Dated:   February  9, 2010

                                          s/Paul A. Magnuson
                                          Paul A. Magnuson, Judge
                                          United States District Court